JOHN J. MCALLISTER, appellant,

*v.*

MCALLISTER COAL COMPANY et al., respondents.

[Decided January 22d, 1937.]

*Messrs. McCarter & English,* for the appellant.

*Messrs. Babcock & Champion,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy and reported in *120 N. J. Eq. 394.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.